1008

[No. 6213–1.   Division One.   April 9, 1979.]

*In the Matter of the Welfare of*
CHARLES EDGAR BROWN.

Appeal from a judgment of the Superior Court for King County, No. J–76324, George H. Revelle, J., entered December 19, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson, A.C.J., and Andersen, J.

[No. 6241–1.   Division One.   April 9, 1979.]

PATRICK ROE, *Appellant,* v. EDWARD
BORG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for San Juan County, No. 3323, Richard L. Pitt, J., entered February 14, 1978. *Affirmed* by unpublished opinion per Swanson, A.C.J., concurred in by Farris and James, JJ.

[No. 6269–1.   Division One.   April 9, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RODGER
BENJAMIN TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 8605, Daniel T. Kershner, J., entered January 18, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, A.C.J., and Ringold, J.

[No. 6331–1.   Division One.   April 9, 1979.]

CHARLES FRANK, ET AL, *Appellants,* v. THE
CITY OF FIFE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 238437, Hardyn B. Soule, J., entered July 30, 1976. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, A.C.J., and Dore, J.